UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEUR MEZAACHE,

      Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  US
ATTORNEY GENERAL,

      Respondents,

Case No. 2:26-cv-1424-KCD-DNF

               /

## **ORDER**

Petitioner Ameur Mezaache has filed a habeas corpus petition challenging his immigration detention. (Doc. 1.) The Government responded by arguing, among other things, that Petitioner's detention remains legal because he is refusing to cooperate with removal. (Doc. 4.) Specifically, the Government says Petitioner is "refus[ing] to provide sufficient information to apply for a travel document[s]." (*Id.* at 6.)

On or before May 29, 2026, Petitioner is directed to file a reply brief, under oath, responding to the Government's contention. Petitioner must also detail what travel documents have been provided to him (if any). If Petitioner does not respond, the Court will consider the Government's position undisputed. The Government must also file a supplemental brief by that deadline which explains in detail the information Petitioner is withholding

and why it is needed. The supplemental brief should also include a blank copy of the travel documents the Government intends to apply for if there is cooperation.

ORDERED in Fort Myers, Florida on May 21, 2026.

Kyle C. Dudek
United States District Judge